UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MALACHI CHAMBERS,

        Plaintiff-Petitioner,        Civil Case No. 20-10916
                                                 Honorable Linda V. Parker

v.

MICHAEL BOUCHARD, CURTIS D. CHILDS,
and OAKLAND COUNTY,

        Defendants-Respondents.
_____/

**OPINION AND ORDER**

        Plaintiff-Petitioner Malachi Chambers, an inmate at the Oakland County Jail, filed a complaint under 42 U.S.C. § 1983 and habeas petition under 28 U.S.C. § 2241, claiming that Defendants-Respondents are acting with deliberate indifference to the serious risk that COVID-19 poses to him. (ECF No. 23.) Plaintiff-Petitioner claims that he is a "medically-vulnerable" individual and, based on this, seeks "work release" or "home tether." (*Id.* at Pg. ID 305.) Plaintiff-Petitioner filed an Amended Complaint on April 30, 2020.[1] This matter is before the Court on Plaintiff-Petitioner's Emergency Motion for a Temporary Restraining

---

[1] As Plaintiff-Petitioner filed an Amended Complaint, Defendants-Respondents' Motion to Dismiss the initial Complaint (ECF No. 8) is moot.

Order[2] (ECF No. 9) and Defendants-Respondents' Amended Motion to Dismiss (ECF No. 27).

As Plaintiff-Petitioner concedes, *Cameron v. Bouchard*, Civil Case No. 20-10949, raises the same claims at issue in this case.  On June 11, 2020, in *Cameron*, the Sixth Circuit granted Defendants-Appellants' Renewed Emergency Motion to Immediately Stay Proceedings Pending Determination of Appeal.  Case No. 20-1469 (ECF No. 50.)  The Sixth Circuit's decision prevents this Court from moving forward in the process of deciding whether any medically-vulnerable inmates at the Oakland County Jail should be released during the COVID-19 pandemic.  This includes Plaintiff-Petitioner.  As such, the Court determines that a stay in this case is appropriate.

**IT IS HEREBY ORDERED** that the proceedings in this case are **STAYED** pending the Sixth Circuit's decision in *Cameron v. Bouchard*.

**IT IS SO ORDERED**.

s/ Linda V. Parker
LINDA V. PARKER
U.S. DISTRICT JUDGE

Dated: June 11, 2020

---

[2] The motion was labeled when docketed as a motion for preliminary injunction, however, the motion itself is titled a motion for TRO and seeks only a TRO.